No. 71–5761.   Joyce v. United States.   C. A. D. C. Cir.   Certiorari denied.   Mr. Justice Douglas and Mr. Justice Stewart are of the opinion that certiorari should be granted.

No. 71–499.   Mascia v. United States, 404 U. S. 1025;

No. 71–527.   United States v. Standard Oil Co. of California, 404 U. S. 558;

No. 71–536.   Wilkins, Administratrix v. American Export Isbrandtsen Lines, Inc., 404 U. S. 1018;

No. 71–591.   Rawls v. Condé Nast Publications, Inc., 404 U. S. 1038; and

No. 71–5546.   DunLeavay v. Rockefeller Center, Inc., et al., 404 U. S. 1062.   Petitions for rehearing denied.

No. 70–79.   Reliance Electric Co. v. Emerson Electric Co., 404 U. S. 418.   Petition for rehearing denied.   Mr. Justice Powell and Mr. Justice Rehnquist took no part in the consideration or decision of this petition.

No. 70–290.   Gas Light Co. of Columbus v. Georgia Power Co. et al., 404 U. S. 1062; and

No. 70–5049.   Burns v. Swenson, Warden, et al., 404 U. S. 1062.   Petitions for rehearing denied.   Mr. Justice Powell took no part in the consideration or decision of these petitions.

No. 71–5444.   Carlough v. Richardson, Secretary of Health, Education, and Welfare, 404 U. S. 1026.   Petition for rehearing denied.   Mr. Justice Douglas took no part in the consideration or decision of this petition.